UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 07 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHNNY GONZALES, on behalf of himself and all others similarly situated,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ARROW FINANCIAL SERVICES, LLC,<br><br>Defendant - Appellant. | No. 10-55379<br><br>D.C. No. 3:05-cv-00171-JAH-RBB<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

The answering brief submitted on January 7, 2011 is filed.

Within 7 days of this order, appellee is ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk